UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONROE MARTIN, SR. )
3739 Donnell Drive )
Apartment 103 )
Forestville, Maryland 20747 )
)
and )
)
BERTHA MARTIN, )
3739 Donnell Drive )
Apartment 103 )
Forestville, Maryland 20747, )
)
   Plaintiffs. )
)
  v. ) CA No. _____
)
THE UNITED STATES OF AMERICA, )
)
   Kenneth L. Wainstein )
   United States Attorney for )
   the District of Columbia )
   555 4th Street, N.W. )
   Washington, D.C. 20001, )
)
  and )
)
   Hon. Alberto Gonzales )
   Attorney General of the )
   United States )
   Department of Justice )
   950 Pennsylvania Ave., N.W. )
   Washington, DC 20530, )
)
   Defendant. )

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

# COMPLAINT

Come now the Plaintiffs, Monroe Martin, Sr., and Bertha Martin, by and through their attorneys, Bruce J. Klores and Thomas W. Mitchell of Bruce J. Klores and Associates, P.C., and sue the Defendant, stating as follows:

## JURISDICTION

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1346(b) and 2675(a).

## VENUE

2. The acts or omissions complained of occurred in the District of Columbia.

3. Venue before this Court is therefore proper under 28 U.S.C. §1402(b).

## THE PARTIES

4. Plaintiff Monroe Martin, Sr., is an individual residing at 3729 Donnell Drive, Apartment 103, Forestville, Maryland 20747. He is married to Plaintiff Bertha Martin.

5. Plaintiff Bertha Martin is an individual residing at 3729 Donnell Drive, Apartment 103, Forestville, Maryland 20747.

6. Defendant United States of America at all relevant times controlled and operated the Department of Veterans Medical Center in Washington, D.C., and employed the healthcare providers who provided care relating to the exploratory tympanotomy performed on Mr. Martin.

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

2

## FACTUAL BACKGROUND

7.    On July 7, 2004, Plaintiff Monroe Martin, Sr., was taken to an operating room at the Department of Veterans Medical Center, Washington, D.C., for an exploratory tympanotomy. The surgeons who performed the operation were Miguel A. Acevedo, MD, Diana Chuong, MD, and Benjamin Judson, M.D. The anesthetist was Patrick T. Block. Each of these physicians were employed by the Defendant and were acting within the scope of their employment when rendering care and treatment to Plaintiff Monroe Martin, Sr. During the surgery, a "mass" was identified and biopsied. Upon awakening in the recovery room, Mr. Martin discovered that the right side of his face was paralyzed.

8.    On July 8, 2004, Mr. Martin was transferred to the Washington Hospital Center for further investigation and surgical exploration. This procedure was performed by Dr. Dennis C. Fitzgerald, M.D., and Monica Tadros, MD. No mass was identified. However, an inspection of Mr. Martin's right facial nerve noted a surgical injury just anterior to the stapes.

9.    On March 15, 2005, within two years of when this action accrued, Plaintiffs Monroe Martin, Sr., and Bertha Martin filed separate Administrative Claims for Injury with the Veterans Administration Regional Counsel, specifically alleging the facts contained herein. A copy of the claim forms are attached as Exhibit 1.

10.    It has been more that six months since Plaintiffs filed their administrative claims, and the Veterans Administration still has not issued a final

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

3

determination on them. This suit is thus timely filed pursuant to 28 U.S.C. §2401(b).

11. At all relevant times mentioned herein, the Department of Veterans Medical Center in Washington, D.C., provided care and treatment to Monroe Martin, Sr.

12. At all times mentioned herein, the medical care provided to Monroe Martin, Sr., by defendant, United States of America, was provided by agents, employees, servants and representatives of this defendant, all acting within the scope of their employment or agency. This includes, but is not limited to, all pre-operative, operative, and post-operative care provided to Monroe Martin, Sr., at the Department of Veterans Medical Center in Washington, D.C.

13. A health care provider/patient relationship existed between the named defendant, its agents, employees, representatives, and/or servants, and Monroe Martin, Sr., at all times relevant herein.

14. The defendant, United States of America, owed Monroe Martin, Sr., a duty to conform its care to the standards of reasonable practitioners acting under the same or similar circumstances, including the performance of appropriate surgical and post-operative procedures relating to an exploratory tympanotomy.

15. Medical providers at the Department of Veterans Medical Center in Washington, D.C., negligently managed and treated Monroe Martin, Sr.

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

4

16. On July 7, 2004, the defendant's healthcare providers negligently performed an exploratory tympanotomy and related procedures at the Department of Veterans Medical Center in Washington, D.C.

17. The defendant breached the standard of care by, *inter alia*, negligently and carelessly:

   a. Failing to identify a known variance in the form and/or presentation of the right facial nerve and biopsying same.

   b. Failing to properly monitor the patient for damage to the facial nerve during surgery.

   c. Failing to provide informed consent of the risk of facial paralysis as a consequence of exploratory tympanotomy.

   d. Failing to perform the operation within accepted standards of care.

   e. Failing to stop the procedure once the variance was known, or should have been known, immediately.

   f. Was otherwise negligent.

## COUNT I
(Medical Malpractice — Monroe Martin, Sr.)

18. Plaintiff Monroe Martin, Sr., hereby incorporates all previous paragraphs as if restated herein.

19. As a direct and proximate result of the above acts of negligence, Monroe Martin, Sr., has suffered, and will continue to suffer, severe and permanent injury causing him to endure pain and suffering, anguish, embarrassment, and humiliation. He suffers from, among other things, worsened hearing, a lack of sensation on the right side of his face and his oral cavity,

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

constant tearing of his right eye, and overall paralysis of his face. He also suffers anxiety, discomfort, embarrassment, loss of relationship with his wife, loss of enjoyment of life and general physical and emotional pain and suffering. He has and will continue to suffer lost income and other economic damages in the future.

WHEREFORE, Monroe Martin, Sr., requests judgment against the defendant, for all sums permissible for compensatory damages in the amount of Ten Million Dollars ($10,000,000.00), or such other amount to be proven at trial, together with interest and costs, and such other relief as this Court finds just and proper.

### COUNT II
(Loss of Consortium – Bertha Martin)

20. Plaintiff Bertha Martin hereby incorporates all previous paragraphs as if restated herein.

21. As a direct and proximate result of the above acts of negligence and the permanently disabling and disfiguring injury to her husband, Bertha Martin has suffered severe and continuing mental anguish, loss of income, loss of enjoyment of life, and substantial loss of consortium.

WHEREFORE, plaintiff Bertha Martin requests judgment against the defendant for all sums permissible for compensatory damages in the amount of Ten Million Dollars ($10,000,000.00), or such other amount to be proven at trial, together with interest and costs, and such other relief as this Court finds just and proper.

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

Respectively submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:_____
Bruce J. Klores (DC Bar # 358548)
Thomas W. Mitchell (DC Bar #425180)
1735 20th Street, N.W.
Washington, D.C. 20009
P: (202) 628-8100
F: (202) 628-1240

*Counsel for Plaintiffs*

1808\Complaint.doc

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com