| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Mr. Paul Thomson, Esq. Veterans Administration Regional Counsel 1722 Eye Street NW, Room 302 Washington, DC 20421 | Monroe Martin, Sr. 3739 Donnell Drive, Apt 103 Forestville, MD 20747 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | July 4th, 1943 | Married | July 7th, 2004 | Approx. 11:30AM |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

SEE ATTACHED

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

SEE ATTACHED

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
| SEE ATTACHED WITNESS LIST | |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|  | 10,000,000.00 |  | 10,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Monroe S Martin | 301·516·7365 | March 15, 2005 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.
NSN 7540-00-634-4046
STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose*: The information requested is to be used in evaluating claims.
C. *Routine Use*: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond*: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

## INSTRUCTIONS
### Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

---

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

| to  Director, Torts Branch | and to the |
|---|---|
| Civil Division | Office of Management and Budget |
| U.S. Department of Justice | Paperwork Reduction Project (1105-0008) |
| Washington, DC 20530 | Washington, DC 20503 |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☐ No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* ☐ No

SF 95 (Rev. 7-85) BACK

8. Basis of Claim. (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of and the thereof) (use additional pages if necessary)

This is a medical malpractice claim against the United States of America (hereinafter the "Government" ), and its servants, agents and employees, under the Federal Tort Claims Act, 28 U.S.C. Section 1346(b) and Sections 2671-2680, brought by Monroe Martin Sr.

The Claimant alleges that the government acting by and through its agents, servants, and employees, failed to exercise proper and reasonable care during surgery on Mr. Martin's right ear. Specifically, the Claimant alleges that the physicians, anesthetist, and nurses failed to exercise proper and reasonable care and that as a direct and proximate result of their negligent acts and omissions, the Claimant sustained damages, as more particularly described below. The pertinent facts and circumstances are as follows:

On July 7, 2004, Claimant was taken to the operating room at the Department of Veterans Medical Center, Washington, DC, for an exploratory tympanotomy. The surgeons involved were Miguel A. Acevedo, MD, Diana Chuong, MD, and Benjamin Judson, M.D. The anesthetist was Patrick T. Block. During the surgery a "mass" was identified and biopsied. Upon awakening in the recovery room, it was discovered that the right side of the Claimant's face was paralyzed.

On July 8, 2004 Claimant was transferred to the Washington Hospital Center for further investigation and surgical exploration. This procedure was performed by Dr. Dennis C. Fitzgerald, M.D., and Monica Tadros, MD. No mass was identified, however, inspection of the right facial nerve noted a surgical injury just anterior to the stapes.

The government, by and through its agents, servants and employees, all of whom were working within their scope of employment, was negligent during the performance of operative care of the Claimant. They deviated from the appropriate and accepted standards of medical care as follows:

1. Failure to identify a known variance in the form and/or presentation of the right facial nerve and biopsying same.

2. Failure to properly monitor the patient for damage to the facial nerve during surgery.

3. Failure to provide informed consent of the risk of facial paralysis as a consequence of exploratory tympanotomy.

4. Failure to perform the operation within accepted standards of care.

5. Failure to stop the procedure once the variance was known, or should have been known, immediately.

Attachment to Martin Standard Form 95–March 16, 2005

10. PERSONAL INJURY/WRONGFUL DEATH. State nature and extent of each injury or cause of death which forms the basis of the claim. If other than Claimant, state name of injured person or decedent.

As a direct and proximate result of the negligence of the government, Claimant suffered loss of employment. He will suffer permanent loss of his career as an armed security officer.

As a further direct and proximate result of the negligence of the government, Claimant suffers worsened hearing, lack of sensation on the right side of his face and his oral cavity, and constant tearing of his right eye and overall paralysis of his face. He suffers anxiety, discomfort, embarrassment, loss of relationship with his wife, loss of enjoyment of life and general physical and emotional pain and suffering.

Attachment to Martin Standard Form 95–March 16, 2005

11. WITNESSES

| NAME | ADDRESS (number, street, city, state, and ZIP code) |
| --- | --- |

The Claimant:

    Monroe Martin, Sr.

| Miguel A. Acevedo, MD | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| --- | --- |
| Diana Chuong, MD | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Benjamin Judson, MD | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Patrick T. Block, CRNA | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Karen P. Delval, RN | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Charles A. Roessler, RN | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Brent E. Yoder, MD | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |

    All other physicians, nurses, technicians and support staff who were on duty at the Department of Veterans Affairs Medical Center, Washington, DC, and who provided care to the Claimant during the preoperative, operative, and postoperative period whose name is listed in the patient records of Claimant presently in possession of the government.

Attachment to Martin Standard Form 95–March 16, 2005

11. WITNESSES

| NAME | ADDRESS (number, street, city, state, and ZIP code) |
| --- | --- |
| Dennis C. Fitzgerald, MD | Washington Hospital Center<br>110 Irving Street, NW<br>Washington D.C. 20010 |
| Monica Tadros, MD | Washington Hospital Center<br>110 Irving Street, NW<br>Washington D.C. 20010 |

Attachment to Martin Standard Form 95–March 16, 2005

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Mr. Paul Thomson, Esq.<br>Veterans Administration Regional Counsel<br>1722 Eye Street NW, Room 302<br>Washington, DC 20421 | Mrs. Bertha Martin<br>3739 Donnell Drive, Apt 103<br>Forestville, MD 20747 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>June 29th, 1957 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>July 7th, 2004 | 7. TIME (A.M. or P.M.)<br>Approx. 11:30AM |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

As a result of the permanently disabling and disfiguring injury to the right side of her husband's face suffered during the surgical procedure at the Veterans Health Administration Medical Center on July 7th, 2004 which was proximately caused by the negligence of the defendants, Mrs. Martin suffers damage to her relationship with her husband including, but not limited to, loss of consortium.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

SEE 8 ABOVE

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
| SEE ATTACHED WITNESS LIST AND<br>Monroe Martin, Sr. | 3739 Donnell Drive, Apt 103<br>Forestville, MD 20747 |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | 2,000,000.00 | | 2,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Bertha Martin | 301· 516· 7365 | MARCH 15, 2005 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

## INSTRUCTIONS
### Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to  Director, Torts Branch
    Civil Division
    U.S. Department of Justice
    Washington, DC  20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC  20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? | ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number.    ☐ No |

| | |
|---|---|
| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?  *(It is necessary that you ascertain these facts)*

| | |
|---|---|
| 19. Do you carry public liability and property damage insurance? | ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)*    ☐ No |

SF 95 (Rev. 7-85) BACK

11. WITNESSES

| NAME | ADDRESS (number, street, city, state, and ZIP code) |
|---|---|

The Claimant:

    Monroe Martin, Sr.

| | |
|---|---|
| Miguel A. Acevedo, MD | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Diana Chuong, MD | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Benjamin Judson, MD | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Patrick T. Block, CRNA | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Karen P. Delval, RN | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Charles A. Roessler, RN | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |
| Brent E. Yoder, MD | Department of Veterans Affairs Medical Center<br>50 Irving Street<br>Washington, DC 20422 |

    All other physicians, nurses, technicians and support staff who were on duty at the Department of Veterans Affairs Medical Center, Washington, DC, and who provided care to the Claimant during the preoperative, operative, and postoperative period whose name is listed in the patient records of Claimant presently in possession of the government.

Attachment to Martin Standard Form 95–March 16, 2005

11. WITNESSES

| NAME | ADDRESS (number, street, city, state, and ZIP code) |
| --- | --- |
| Dennis C. Fitzgerald, MD | Washington Hospital Center<br>110 Irving Street, NW<br>Washington D.C. 20010 |
| Monica Tadros, MD | Washington Hospital Center<br>110 Irving Street, NW<br>Washington D.C. 20010 |

Attachment to Martin Standard Form 95–March 16, 2005