United States District Court for the District of Columbia
Civil Division

Plaintiff[s]
Monroe Martin, Sr., et al.,
vs.
The United States of America
Defendant[s]

Civil Action No. 1:06CV00630-CKK

Affidavit of Service by Process Server

I, Kevin McCall, having been duly authorized to make service of the Summons, Complaint hereby depose and say
That my age and date of birth are as follows: 42 - 11/14/63.
That my business address is: P.O. Box 614 Silver Spring MD 20918

That at 11:49 o'clock (am)/pm on the 11 day of April 2006
__ I served the following named Defendant[s] {personally} _____
_____
_____ {defendant's name} a copy
of the Summons, Complaint
at _____.
Description: _____

✓ I served the following named Defendant{s} Kenneth L. Wainstein (U.S. Atty for the Dist. of Columbia)
by leaving a copy of the Summons, Complaint at his/her place of abode or business at
501 3rd St. N.W. 4th fl. Wash D.C. 20001
with Lori Cox _____ a person of
approximately 35 years of age, who stated that he/she was authorized to accept service.
Description: black female - glasses - individual stated to me
that she was authorized to accept service on
behalf of Kenneth L. Wainstein

Signature
Subscribed and sworn to before me this 17 day of April, 2006

Notary Public
My Commission Expires 8-14-06