United States District Court for the District of Columbia
Civil Division

Plaintiff[s]
Monroe Martin, Sr., et al.
vs.
The United States of America
Defendant[s]

Civil Action No. 1:06 CV 00630 CKK

Affidavit of Service by Process Server

I, Kevin McCall, having been duly authorized to make service of the Summons, Complaint hereby depose and say
That my age and date of birth are as follows: 42 - 11/14/63
That my business address is: P.O. Box 614 Silver Spring MD 20918

That at 11:30 o'clock am/pm on the 11 day of April 2006.
__ I served the following named Defendant[s] {personally} _____

_____ {defendant's name} a copy
of the Summons, Complaint
at _____.
Description: _____

✓ I served the following named Defendant{s} Hon. Alberto Gonzales (Atty General of the United States of Amer
by leaving a copy of the Summons, Complaint at his/her place of abode or business at
950 Penn. Ave N.W. Wash D.C. 20530
with Ray McDowell a person of
approximately 33 years of age, who stated that he/she was authorized to accept service.
Description: black male - short - early 30's - glasses - individual stated to me that he was authorized to accept service on behalf of Alberto Gonzales.

Signature

Subscribed and sworn to before me this 17 day of April 2006.

Prudence Mackenzie
Notary Public

My Commission Expires 8-14-06