UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE MARTIN, SR., et al., | ) |
| | ) |
| Plaintiffs, | ) CA No. 06-630 |
| | ) (Judge Kollar-Kotelly) |
| v. | ) Next Deadline: |
| | ) November 1, 2006 – Plaintiffs' |
| THE UNITED STATES OF AMERICA, | ) Rule 26(b)(4) Statement |
| | ) |
| Defendant. | ) |

### JOINT DISCOVERY PLAN

The Plaintiffs, Monroe Martin, Sr., and Bertha Martin, by and through their attorneys, Bruce J. Klores and Thomas W. Mitchell of Bruce J. Klores and Associates, P.C., and Defendant the United States of America, by and through its attorneys Kenneth Wainstain, Rudolph Contreras, and John F. Henault, and jointly state as follows, pursuant to the Court's Scheduling and Procedures Order dated July 10, 2006, submits the following discovery plan.

**Writtten Discovery.**  The parties shall issue their first set of written discovery on or before August 28, 2006.  Written responses shall be served and responsive documents shall be produced within 30 days, unless otherwise agreed to by the serving party.

**Depositions.**  The parties agree that the depositions of Plaintiffs, and of Mr. Martin's treating physicians who are agents or employees of the Defendant -- Miguel A. Aceveda, M.D., Diana Chuong, M.D., Benjamin Judson, M.D., and Patrick Block, M.D. -- shall be completed on or before November 1, 2006, absent

another agreement. Additional, non-party witnesses will be deposed on a mutually convenient date and time.

**Protective Order.** The parties have agreed to the entry of a protective order to protect the privacy of the personal medical information about the Plaintiffs. The parties will submit an order for the Court's signature when an agreement on its terms has been reached.

Date: July 24, 2006

BRUCE J. KLORES & ASSOCIATES, P.C.


By:_____/s/_____
Bruce J. Klores (DC Bar # 358548)
Thomas W. Mitchell (DC Bar #425180)
1735 20th Street, N.W.
Washington, D.C. 20009
P: (202) 628-8100
F: (202) 628-1240

*Counsel for Plaintiffs*

          and

_____/s/_____
Kenneth L. Wainstein (DC Bar # 451058)

_____/s/_____
Rudolph Contreras (DC Bar # 434122)

_____/s/_____
John Henault  (DC Bar # 472590)
Assitant United States Attorney
555 Fourth Street, N.W. – Civil Division
Washington, D.C.  20530
P: (202) 307-1249
F: (202) 514-8780

*Counsel for Defendant*


1808\Discovery Plan