UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE MARTIN, SR., et al., | ) |
| | ) |
|     Plaintiffs, | ) CA No. 06-630 |
| | ) (Judge Kollar-Kotelly) |
| v. | ) Next Deadline: |
| | ) November 1, 2006 – Plaintiffs' |
| THE UNITED STATES OF AMERICA, | ) Rule 26(b)(4) Statement |
| | ) |
|     Defendant. | ) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Plaintiffs, Monroe Martin, Sr., and Bertha Martin, by and through their attorneys, Bruce J. Klores and Thomas W. Mitchell of Bruce J. Klores and Associates, P.C., and Defendant the United States of America, by and through its attorneys Jeffrey Taylor, Rudolph Contreras, and John F. Henault, jointly move the Court for an Order modifying the original Scheduling and Procedures Order (the "Order") in this case. In support of this joint motion, the parties state as follows.

    1.    This is a medical malpractice case brought under the Federal Tort Claims Act.

    2.    No previous extensions have been requested by either party.

    3.    The Court entered the original Order on July 10, 2006. A copy is attached. That Order sets the following deadlines:

| | |
|---|---|
| Proponent's Rule 26(a)(2)(B) Statement | November 1, 2006 |
| Opponent's Rule 26(a)(2)(B) Statement | December 1, 2006 |
| Rebuttal Rule 26(a)(2)(B) Statement | January 15, 2007 |
| Discovery Completed | February 28, 2007 |
| Mediation | January 22 – March 2, 2007 |
| Status Hearing | March 2, 2007 |

4.  Since entry of the Order, the parties have issued and responded to separate sets of document requests and interrogatories. Responsive documents have been produced. The case is moving forward.

5.  However, the parties have not yet been able to schedule the depositions that are necessary for them to meet the existing deadlines under the Order. More particularly, Plaintiffs need to depose the Government physicians who performed the procedure at issue in the case before their experts render their expert opinions and reports. Counsel are currently working to schedule these depositions promptly, but due to the witnesses' and counsels' conflicting availability, they have not been able to be completed before the existing November 1, 2006 deadline for Plaintiff's expert reports. Similarly, commitments of counsel for the United States on other cases have not permitted him as of today to take Plaintiffs' depositions.

6.  Counsel have agreed that the following proposed extensions of the existing discovery-related deadlines should permit them to complete the discovery phase of the case without extending other dates:

| | |
|---|---|
| Proponent's Rule 26(a)(2)(B) Statement | January 1, 2007 |
| Opponent's Rule 26(a)(2)(B) Statement | February 2, 2007 |
| Rebuttal Rule 26(a)(2)(B) Statement | February 16, 2007 |

WHEREFORE, the parties respectfully request that the Court grant the joint motion.

October 19, 2006                    Respectfully Submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By: _____/s/_ Thomas W. Mitchell_____
Bruce J. Klores (DC Bar # 358548)
Thomas W. Mitchell (DC Bar #425180)
1735 20th Street, N.W.
Washington, D.C. 20009
P: (202) 628-8100
F: (202) 628-1240

*Counsel for Plaintiffs*

and

_____/s/_ Jeffrey A. Taylor_____
Jeffrey A. Taylor (DC Bar # 489610)

_____/s/_ Rudolph Contreras_____
Rudolph Contreras (DC Bar # 434122)

_____/s/__ John Henault_____
John Henault  (DC Bar # 472590)
Assistant United States Attorney
555 Fourth Street, N.W. – Civil Division
Washington, D.C.  20530
P: (202) 307-1249
F: (202) 514-8780

*Counsel for Defendant*


1808\motion.joint.schedule