**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MONROE MARTIN, SR., <u>et</u> <u>al.</u>, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-0630 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

Defendant United States of America, through undersigned counsel and with the consent of plaintiff, respectfully moves this Court to amend the Scheduling Order in this matter to extend all pending deadlines by two months. This is defendant's first request for an extension of time relating to the deadlines requested to be re-set herein. In support of this motion, defendant states:

Since the Court issued its Scheduling Order in this action, the parties have worked cooperatively on discovery issues, and have undertaken both written discovery and some depositions. Due to the fact that a colleague of counsel for defendant left the office recently, however, undersigned counsel has been assigned a case that this colleague previously handled. That case, <u>Tri-State Hospital Supply Corp. v. United States</u>, No. 00-1463(HHK), has been ongoing for six years and involves vast amounts of discovery, both documentary and testimonial. Moreover, the Court in <u>Tri-State</u> has set February 5, 2007 as the due date for defendant's motion for summary judgment, and July 17, 2007 as the first day of an anticipated two-week trial. Due to the amount of materials necessary to comb through and become familiar with, undersigned counsel is unable to devote the time necessary to this matter to meet the deadlines as currently

set by the Scheduling Order. The assignment of this case to undersigned counsel, and the requirement to meet a deadline of February 5 for a motion for summary judgment in this matter was not anticipated, nor could it have been, when the parties agreed to, and the Court, adopted, the proposed schedule in the parties Rule 16.3 Report. Moreover, in addition to the motion for summary judgment due in <u>Tri-State</u> on February 5, counsel has reply briefs in support of summary judgment due on January 9, 2007 and January 18, 2007 in two other Title VII and Rehabilitation Act matters, which also preclude counsel from devoting the time necessary to meet the current deadlines in this matter.

In light of the foregoing, defendant requests that the Court extend all deadlines by two months. Accordingly, defendant proposes the following schedule: Plaintiff's Rule 26(a)(2) Statements be due on March 1, Defendant's Rule 26(a)(2) Statements be due on April 2, Plaintiff's Reply Rule 26(a)(2) Statements be due on April 16, and discovery shall close on April 28, 2007. In addition, the parties request that the Court vacate the status conference currently set for March 2, 2007, and reset that status conference for a time following the close of discovery.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the relief requested herein.

January 4, 2007                                  Respectfully submitted,


     /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


     /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


     /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)