### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE MARTIN, SR., et al.,            ) | |
|             Plaintiff,                         ) | No. 06-0630 (CKK) |
|             v.                                       ) | |
| UNITED STATES OF AMERICA,       ) | |
|             Defendant.                     ) | |

### **ORDER**

This matter comes before the Court on defendant's consent motion to amend the scheduling order. After considering defendant's consent motion and the record herein, it is this ____ day of January, 2007, hereby

ORDERED, that defendant's consent motion is hereby GRANTED. The scheduling order in this action is hereby amended to reflect the following deadlines:

Plaintiff's Rule 26(a)(2) Statements are due on March 1, Defendant's Rule 26(a)(2) Statements are due on April 2, Plaintiff's Reply Rule 26(a)(2) Statements are due on April 16, and discovery shall close on April 28, 2007. In addition, the status conference currently set for March 2, 2007 is hereby vacated. The Court will reset that status conference for a time following the close of discovery.

                                                                                                                     _____
                                                                                                                       Colleen Kollar-Kotelly
                                                                                                                       United States District Judge

cc: Counsel of Record via ECF