## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE MARTIN, SR., et al., | ) |
| | ) |
| Plaintiff, | ) No. 06-0630 (CKK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Defendant United States of America, through undersigned counsel and with the consent of plaintiff, respectfully moves this Court to amend the Scheduling Order in this matter to extend the time for defendant to produce expert reports by one week, or until April 9, 2007. This is defendant's first request for an extension of time relating to the deadlines requested to be re-set herein. In support of this motion, defendant states:

Defendant's expert reports in this matter are currently due on April 2, 2007. Although counsel for defendant has been working with defendant's experts to obtain proper reports, one such expert has had to leave the country and has been unable to produce a proper expert report. Defendant is currently attempting to reach that expert and obtain a proper report. In light of this issue, defendant requests that the Court extend the time for defendant to produce expert reports by one week, or until April 9, 2007. Likewise, defendant requests that the Court extent plaintiff's rebuttal reports, if any, to April 23. The extension of these dates will not delay the closing of discovery in this matter

Pursuant to Local Civil Rule 7(m), plaintiff consents to the relief requested herein.

April 2, 2007                                  Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

        /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)