UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE MARTIN, SR., et al., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>_____) | No. 06-0630 (CKK) |

## ORDER

This matter comes before the Court on defendant's consent motion to amend the scheduling order. After considering defendant's consent motion and the record herein, it is this \_\_\_\_ day of April, 2007, hereby

ORDERED, that defendant's consent motion is hereby GRANTED. The scheduling order in this action is hereby amended to reflect the following deadlines:

Defendant's Rule 26(a)(2) Statements are due on April 9, Plaintiff's Reply Rule 26(a)(2) Statements are due on April 23. All remaining deadlines are unchanged.

                                                                      _____
                                                                      Colleen Kollar-Kotelly
                                                                      United States District Judge

cc: Counsel of Record via ECF