UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE MARTIN, SR., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Civil Action No. 06–630 (CKK) |

### ORDER

On June 25, 2007, the parties to the above-captioned case participated in a Settlement Conference before Magistrate Judge Alan Kay. On July 9, 2007, Magistrate Judge Kay informed the Court that the parties had reached a settlement in principle in the above-captioned case. Accordingly, it is, this 9th day of July, 2007, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until August 23, 2007. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　United States District Judge